UNITED STATES of America,
Plaintiff–Appellee,

v.

Kova Duan WRIGHT, Defendant–Appellant.

No. 12–6939.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 18, 2012.

Decided: Sept. 26, 2012.

Kova Duan Wright, Appellant Pro Se. John George Guise, Office of the United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before GREGORY, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kova Duan Wright appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wright*, No. 5:01–cr–00005–RLV–12 (W.D.N.C. Mar. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*